# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXANDER HEBELER**<br>401A 17th Street, NE<br>Washington, DC 20002<br><br><br>       **Plaintiff,**<br>**v.**<br><br>**UBER TECHNOLOGIES, INC.**<br>1455 Market Street, 4th Floor<br>San Francisco, CA 94103<br><br>Serve: CT Corporation System<br>       101.5 15th Street, N.W.<br>       Suite 1000<br>       Washington, DC 20005<br><br>**and**<br><br>**UBER USA, LLC**<br>1455 Market Street, 4th Floor<br>San Francisco, CA 94103<br><br>Serve: CT Corporation System<br>       101.5 15th Street, N.W.<br>       Suite 1000<br>       Washington, DC 20005<br><br>**and**<br><br>**PETER RUTAHAKANA**<br>95 East Wayne Avenue<br>Apartment 200<br>Silver Spring, MD 20901<br><br>**and**<br><br>**RASIER, LLC**<br>1455 Market Street<br>#400 | Case No.: |

|  |  |
|---|---|
| San Francisco, CA 94103<br><br>Serve: CT Corporation System<br>       1015 15th Street, N.W.<br>       Suite 1000<br>       Washington, DC 20005<br><br>and<br><br>RASIER — DC, LLC<br>1455 Market Street<br>#400<br>San Francisco, CA 94103<br><br>Serve: CT Corporation System<br>       1015 15th Street, N.W.<br>       Suite 1000<br>       Washington, DC 20005<br><br>       **Defendants.** |  |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441, and 1446, Defendants, Uber Technologies, Inc., Uber USA, LLC, Raiser, LLC, and Rasier-DC, LLC, hereby file this Notice of Removal of the above-captioned civil matter, currently pending in the Superior Court for the District of Columbia, Civil Action No. 2022 CA 1245 B, to the United States District Court for the District of Columbia. In support of removal, Uber Technologies, Inc., Uber USA, LLC, Raiser, LLC, and Rasier-DC, LLC state as follows:

Facts Giving Rise to Jurisdiction

1.    Plaintiff, Alexander Hebeler, commenced this personal injury accident in the Superior Court for the Count District of Columbia against Peter Rutahakana, Uber Technologies, Inc., Raiser, LLC, Uber USA, LLC, and Rasier-DC, LLC seeking $1,000,000.00 in damages for

injuries allegedly sustained in a motor-driven cycle--motor vehicle accident that occurred in the District of Columbia on or about June 6, 2019. *See* Pl.'s Compl., attached hereto as Exhibit 1.

2. Pursuant to the Complaint, Plaintiff is a citizen of the District of Columbia. Ex 1.

3. Pursuant to the Complaint, Defendant Peter Rutahakana is a citizen of Maryland. Ex. 1.

4. Defendant Uber Technologies, Inc. is a Delaware corporation with a principal place of business in San Francisco, California.

5. Defendant Uber USA, LLC. is a limited liability company organized under the laws of Delaware with a principal place of business in San Francisco, California. No member of Uber USA, LLC is a citizen of the District of Columbia.

6. Defendant Rasier, LLC is a limited liability company organized under the laws of Delaware with a principal place of business in San Francisco, California. No member of Rasier, LLC is a citizen of the District of Columbia.

7. Defendant Rasier-DC, LLC is a limited liability company organized under the laws of Delaware with a principal place of business in San Francisco, California. No member of Rasier-DC, LLC is a citizen of the District of Columbia.

## Legal Basis for Jurisdiction

8. Removal of this matter is proper pursuant to 28 U.S.C. § 1332(a)(1), as there exists complete diversity between the Parties and the amount in controversy exceeds $75,000.00.

9. Defendants, Uber Technologies, Inc., Raiser, LLC, Uber USA, LLC, and Rasier-DC, LLC were first served with the Complaint in this matter on April 7, 2022. Therefore, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

10. As required by 28 U.S.C. § 1446(b), true and correct copies of the process and pleadings served upon Uber Technologies, Inc., Raiser, LLC, Rasier-DC, LLC, and Uber USA, LLC are being filed with this notice of removal. *See* Plaintiff's Complaint, attached hereto as Exhibit 1;

11. As required by 28 U.S.C. § 1446(b), true and correct copies of the process and pleadings served upon Uber Technologies, Inc., Raiser, LLC, Rasier-DC, LLC, and Uber USA, LLC are being filed with this notice of removal. *See* Plaintiff's Civil Information Sheet, attached hereto as Exhibit 2;

12. As required by 28 U.S.C. § 1446(b), true and correct copies of the process and pleadings served upon Uber Technologies, Inc., Raiser, LLC, Rasier-DC, LLC, and Uber USA, LLC are being filed with this notice of removal. *See* Plaintiff's Summons to Rasier, LLC, attached hereto as Exhibit 3;

13. As required by 28 U.S.C. § 1446(b), true and correct copies of the process and pleadings served upon Uber Technologies, Inc., Raiser, LLC, Rasier-DC, LLC, and Uber USA, LLC are being filed with this notice of removal. *See* Plaintiff's Summons to Rasier-DC, LLC, attached hereto as Exhibit 4;

14. As required by 28 U.S.C. § 1446(b), true and correct copies of the process and pleadings served upon Uber Technologies, Inc., Raiser, LLC, Rasier-DC, LLC, and Uber USA, LLC are being filed with this notice of removal. *See* Plaintiff's Summons to Uber Technologies, Inc., attached hereto as Exhibit 5;

15. As required by 28 U.S.C. § 1446(b), true and correct copies of the process and pleadings served upon Uber Technologies, Inc., Raiser, LLC, Rasier-DC, LLC, and Uber USA,

LLC are being filed with this notice of removal. *See* Plaintiff's Summons to Uber USA, LLC, attached hereto as Exhibit 6;

16. As required by 28 U.S.C. § 1446(b), true and correct copies of the process and pleadings served upon Uber Technologies, Inc., Raiser, LLC, Rasier-DC, LLC, and Uber USA, LLC are being filed with this notice of removal. *See* Plaintiff's Summons to Peter Rutahakana, attached hereto as Exhibit 7;

17. As required by 28 U.S.C. § 1446(b), true and correct copies of the process and pleadings served upon Uber Technologies, Inc., Raiser, LLC, Rasier-DC, LLC, and Uber USA, LLC are being filed with this notice of removal. *See* Initial Order and Addendum, attached hereto as Exhibit 8;

18. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on all Parties and is being filed with the Superior Court of the District of Columbia.

19. Defendants have attached a Civil Cover Sheet in compliance with the Rules of this Honorable Court, attached hereto as Exhibit 9.

20. Defendants have also attached a copy of the docket for the pending matter in the Superior Court for the District of Columbia, attached hereto as Exhibit 10.

WHEREFORE, Defendants, Uber Technologies, Inc., Raiser, LLC, Uber USA, LLC, and Rasier-DC, LLC respectfully request that this matter proceeds in this Honorable Court, as a matter properly removed thereto.

Dated: May 6, 2022                    Respectfully submitted,

**UBER TECHNOLOGIES, INC., RASIER, LLC, and UBER USA, LLC**



By _____

Brigitte J. Smith (Bar No. 493368)
Jonathan N. Saltzman (Bar No. 155619)
**WILSON ELSER**
500 E. Pratt St., Ste. 600
Baltimore, MD 21202
(410) 539-1800
(410) 962-8758 (Fax)
Brigitte.Smith@wilsonelser.com
Jonathan.Saltzman@wilsonelser.com
*Attorneys for Defendant, Uber Technologies, Inc., Raiser, LLC, Uber USA, LLC, and Rasier-DC, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day May, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that a true and correct copy of the foregoing was served via electronic mail and/or USPS to:

Sarah E. Cullum, Esq.
Michael C. Robinett, Esq.
Simeone & Miller
1130 Connecticut Avenue, NW
Ste. 350
Washington, DC 20036
scullum@simeonemiller.com
mrobinett@simeonemiller.com
*Counsel for Plaintiff*

Peter Rutahakana
95 East Wayne Avenue
Apartment 200
Silver Spring, MD 20901
*Defendant*

_____

Brigitte J. Smith